IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAVIER MAYSONET,<br>　　　Petitioner, | )<br>)<br>) |
| vs. | )　　Civil Action No. 07-836<br>) |
| COMMONWEALTH OF<br>PENNSYLVANIA,<br>　　　Respondent. | )<br>)<br>)<br>) |

ORDER

AND NOW, this 19th day of July, 2007, after the petitioner, Javier Maysonet, filed a petition for a writ of habeas corpus, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the petition and the record and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 3), which is adopted as the opinion of this Court,

IT IS ORDERED that the petition for a writ of habeas corpus filed by petitioner (Docket No. 2) is transferred to the United States District Court for the Eastern District of Pennsylvania forthwith.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure if the petitioner desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

　　　　　　　　　　　　　　　　　　　　/s/ Gary L. Vancast
　　　　　　　　　　　　　　　　　　　　Gary L. Lancaster
　　　　　　　　　　　　　　　　　　　　United States District Judge

cc:   Javier Maysonet
      EL-5143
      SCI Fayette
      P.O. Box 9999
      LaBelle, PA 15450